IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAVIER OSEGUERA,

    Plaintiff,

v.

JUDGE DAVID G. HOPPE and
JUDGE LUNG S. HUNG,

    Defendants.

Case No. 1:22-cv-01225-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 4), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Though no objections were filed, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 4) is adopted in full. This action is DISMISSED with prejudice.

IT IS SO ORDERED.

    DATED this 6th day of December, 2022.

                                                      /s/ Michael J. McShane
                                                         Michael McShane
                                             United States District Judge

1 –ORDER